# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

LIL FOREST KING

NO. 2021 KW 0496

AUGUST 16, 2021

---

In Re:     Lil Forest King, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 12-15-0063.

---

**BEFORE:  McDONALD, LANIER, AND WOLFE, JJ.**

**WRIT DENIED AS MOOT.** The record of the Clerk of Court of East Baton Rouge Parish reflects the district court denied relator's application for postconviction relief on January 8, 2019.

JMM
WIL
EW

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT